Prob19 (3/03)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

4:19MJ272

**U.S.A. vs Israa Jafar Ali**

Docket No. : CR-15-043-1-F

**TO: Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Courts. | | | |
| NAME OF SUBJECT: Israa Jafar Ali | SEX: Female | RACE: Arabic | AGE: 24 |
| ADDRESS (STREET, CITY, STATE, ZIP) 1001 North Holly Avenue, Oklahoma City, OK 73127 | | | |
| TO BE BROUGHT BEFORE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF OKLAHOMA | | | |
| WARRANT ISSUED: 8:12 am, May 16, 2019 CARMELITA REEDER SHINN, Clerk By: *(signature)* Deputy Clerk | | | |
| RETURN | | | |
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | | |
| NAME | (BY) | DATE | |